UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: ) | BK No.: | 23-03558 |
| YULIMAR IBARRA ) | | |
| ) | Chapter: | 13 |
| ) | Honorable Donald R. Cassling | |
| ) | | |
| ) | | |
| Debtor(s) ) | | |

## ORDER MODIFYING THE AUTOMATIC STAY AND THE CO-DEBTOR STAY

THIS CAUSE Coming on to be heard on Lakeview Loan Servicing, LLC's motion, the Court having jurisdiction and being advised in the premises and due notice having been given.
IT IS ORDERED:

1. That the automatic stay and co-debtor stay, as the latter may protect the interests Fernando J. Inojosa, are modified to the extent necessary to Lakeview Loan Servicing, LLC to pursue and enforce its In Rem rights under non-bankruptcy state law with respect to the property commonly known as: 4820 W George St, Chicago, IL 60641, pursuant to 11 USC 362(d) and to 11 USC1301, respectively.

2. That any claims or stipulations previously filed providing for the payment of current mortgage payments or for the payment of pre-petition arrearages to Lakeview Loan Servicing, LLC in connection with the subject real property are withdrawn as to any unpaid portion thereof for the purposes of these proceedings only.

3. That FBR 4001(a)(3) does not apply to this order.

Enter: *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated:  February 06, 2025

**Prepared by:**

Richard B. Aronow 3123969
Michael N. Burke 6291435
Amy A. Aronson 6206512
LOGS Legal Group LLP
2801 Lakeside Drive, Suite 207
Bannockburn, IL 60015
(847) 291-1717
Attorneys for Movant
22-096568