# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No: 23-03558 |
| Yulimar Ibara | ) | Chapter 13 |
| Debtor. | ) | |
| | ) | Judge Donald R. Cassling |

## NOTICE OF MOTION

TO: **See Attached Service List**

Please take notice that on May 1, 2025 at 9:30 a.m., I will appear before the Honorable Donald R. Cassling or any judge sitting in that judge's place, either in courtroom 619 of the Everett McKinley Dirksen Federal Courthouse, located at 219 S. Dearborn, Chicago, IL 60604, or electronically as described below, and present the motion of **Yulimar Ibara** to sell real property and shorten notice, a copy of which is attached.

**Important: Only Parties and their counsel may appear for the presentment of the motion electronically using Zoom for Government. All others must appear in person.**

**To appear by Zoom using the internet,** go to this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by Zoom using a telephone,** call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and password.** The meeting ID for this hearing is 161 414 7941 and passcode is 619. The meeting ID and passcode can also be found on the judge's page on the court's web site.

If you object to this motion and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

Yulimar Ibara
**By: Joseph Olstein**
**/s/**Joseph Olstein
10450 S. Western Ave.
Chicago, IL 60643
312-725-4132
**joseph@olsteinlaw.com**

## CERTIFICATE OF SERVICE

I, Joseph Olstein, certify that I served a copy of this Notice and the attached motion on each entity shown on the attached list at the address shown by United States Postage First Class mail, unless indicated otherwise, on the 29th Day of April, 2025

/s/ Joseph M. Olstein

SERVICE LIST:

**Chapter 13 Trustee, via ECF**

Nisha Parikh, counsel for Lakeview Loan Servicing, Via ECF and email.

Richard Aronow, counsel for Lakeview Loan Servicing, Via ECF and email.

American Honda Finance Corporation
National Bankruptcy Center
PO Box 168088
Irving, TX 75016-8088

Barclays Bank Delaware
Attn: Bankruptcy
Po Box 8801
Wilmington, DE 19899

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Illinois Department of Revenue
PO Box 19035
Springfield, IL 62794-9035

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Jesus M. Cruz
4820 W. George St
Chicago, IL 60641
LVNV Funding

Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Nationstar Mortgage LLC d/b/a Mr. C
PO Box 619096
Dallas, TX 75261

Portfolio Recovery Associates
PO Box 12914
Norfolk, VA 23541

Santander Consumer USA
Attn: Bankruptcy
Po Box 961245
Fort Worth, TX 76161

Westgate Vacation Villas Owners Ass
2801 Old Winter Garden Rd.
Ocoee, FL 34761

Westgate Vacation Villas, LLC
2801 Old Winter Garden Rd
Ocoee, FL 34761

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | Case No: 23-03558 |
| Yulimar Ibara | ) | Chapter 13 |
| Debtor. | ) | |
| | ) | Judge Donald R. Cassling |

## DEBTOR'S MOTION TO APPROVE SALE OF REAL PROPERTY AND SHORTEN NOTICE

The Debtor, by and through her attorney Joseph M. Olstein, and for her motion to approve sale, shorten notice, and other relief states as follows:

1. Debtor filed the instant voluntary petition under Chapter 13 of the Bankruptcy Code on March 16, 2023.

2. Debtor's plan was confirmed on August 31, 2023, and provides for an 100% dividend to his general unsecured creditors.

3. The Debtor owns real estate, her primary residence, which is also, commonly known as 4820 W. George St. Chicago, IL 60641.

4. At the time of filing, the Debtor valued her real estate at $437,200.00 and the property is subject to a lien in favor of Lakeview Loan Servicing in the amount of $408,223.52.

5. The Debtor's confirmed plan provided that the mortgage to Lakeview Loan Servicing be cured and maintained through the plan, and that her general unsecured creditors should receive a 100% dividend on their allowed claims.

6. On February 6, 2025, the Court granted relief from stay in favor in favor of Lakeview Loan Servicing.

7. As such, the Debtor listed the property for sale, and has negotiated a sales contract in the amount of $710,000.00. See Sales contract attached as Exhibit A.

8. The Debtor anticipates realizing sufficient equity in the property, which will be sufficient to pay the secured claim of Lakeview Loan Servicing, and payoff the balance of her case, which the Debtor estimates to be roughly $6,416.00.

9. Finally, the debtor requests that this motion be heard on shortened notice as the closing is scheduled for May 12, 2025, and the Court is not sitting on May 8, 2025. The Debtor does not believe the shortened notice or sale of her property will prejudice creditors, as it will allow all Creditors to be paid in full.

**Wherefore**, the Debtor prays this Court enter an order to approve the sale of the real property commonly known as 4820 W. George St. Chicago, IL 60641, to shorten notice, and for any additional relief that this Court deems just.

Respectfully Submitted,

   /s/ Joseph M. Olstein
On Behalf of Debtors

Joseph Olstein#6300472
Olstein Law LLC
10450 S. Western Ave.
Chicago, IL 60643
(312) 725-4132