UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 23-03558
Yulimar Ibara )
) Chapter: 13
) Honorable Donald R. Cassling
)
)
Debtor(s) )

**Order Granting Permission to the Debtor to Sell Real Property and Shorten notice.**

      This matter, coming before the Court on the Debtor's motion to Sell Real Property and Shorten notice, the Court being fully advised, it is hereby ordered that the Debtor's motion is Granted as follows:

  1. The Debtor is authorized to sell real estate located at 4820 W. George St. Chicago, IL 60641.

  2. At the closing, proceeds of the transaction shall be used to pay off all existing mortgages in full, and other liens against the Debtor's real estate plus usual and customary closing costs and fees of the Debtor.

  3. The lien of Lakeview Loan Servicing will be paid in full subject to an updated payoff statement at or near the time of closing.

  4. At closing, after payments are made pursuant to paragraphs 2 and 3 of this order, the Title Company shall disburse $6,416.00, from seller's proceeds to Thomas Hooper, Chapter 13 Trustee, PO Box 588, Memphis, TN 38101-0588.

  5. The Debtor may retain any additional proceeds from the sale after payments are made pursuant to paragraphs 2, 3, and 4 of this order.

  6. The closing shall be completed within six months from the entry of this order.

  7. The notice requirement is shortened to the notice provided in this motion.

Enter: *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: May 01, 2025

**Prepared by:**

Joseph Olstein
Olstein Law LLC
10450 S. Western
Chicago, IL 60643
312-725-4132